Charles G. MORGAN, Petitioner

v.

DEPARTMENT OF ENERGY, Respondent.

No. 2009–3006.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Richard Segerblom, Richard Segerblom, Ltd., Las Vegas, NV, for Petitioner.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent.

ON MOTION

*ORDER*

Upon consideration of Charles G. Morgan's motion to reinstate his petition for review, the Fed. Cir. R. 15(c) form concerning discrimination now having been submitted,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the court's dismissal order is vacated, and the petition for review is reinstated.

(2) Morgan's brief is due within 30 days of the date of filing of this order.

Jo Ann JONES, Petitioner,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 2008–3297.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.